J-A16003-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| IN RE: RYAN A. CASTANEIRA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| APPEAL OF: RYAN A. CASTANEIRA | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 1682 MDA 2022 |

Appeal from the Order Dated October 12, 2022
In the Court of Common Pleas of Dauphin County
Criminal Division at No(s): CP-22-MD-0001477-2022

BEFORE: PANELLA, P.J., BENDER, P.J.E., and McCAFFERY, J.

JUDGMENT ORDER BY PANELLA, P.J.: **FILED SEPTEMBER 15, 2023**

Ryan A. Castaneira brings this appeal from an order denying his motion for habeas corpus. In 2009, Castaneira was convicted of sex offenses in Georgia and receive a sentence of ten years' imprisonment followed by 20 years of probation. After release on parole, Castaneira was moved to Pennsylvania pursuant to the Interstate Compact for Adult Offender Supervision and began supervision by the Pennsylvania Board of Probation and Parole ("the Board").

On October 6, 2022, Castaneira filed a petition for writ of habeas corpus challenging the Board's authority to impose conditions of probation that were not ordered by a trial court. The trial court denied the petition without a hearing on October 12, 2022, and Castaneira filed a timely motion for reconsideration. On November 14, 2022, the trial court entered an order

granting reconsideration and setting a hearing date. Later that day, Castaneira filed a notice of appeal from the Order of October 12, 2022.

Pursuant to Pa.R.A.P. 1701, a timely order granting reconsideration renders any notice of appeal, whether filed before or after reconsideration is granted, inoperative. **See** Pa.R.A.P. 1701(b)(3) ("A timely order granting reconsideration under this paragraph shall render inoperative any such notice of appeal … theretofore or thereafter filed or docketed with respect to the prior order. … Where a timely order of reconsideration is entered under this paragraph, the time for filing a notice of appeal or petition for review begins to run anew after the entry of the decision on reconsideration[.]")

As noted, on November 14, 2022, the trial court expressly granted reconsideration of its October 12, 2022 order within the appeal period.[1] Castaneira's notice of appeal from the October 12, 2022 order, therefore, is inoperative. By virtue of the trial court's timely order granting reconsideration, Castaneira's instant appeal before this Court may not proceed.

Accordingly, we quash this appeal so that the matter may proceed, pursuant to the trial court's order, in Dauphin County. Moreover, the time for

---

[1] A notice of appeal must be filed within 30 days of the entry of a final order. **See** Pa.R.A.P. 903(a). Here the last day of the appeal period fell on Friday, November 11, 2022, which was a court holiday. Therefore, under our Rules of Appellate Procedure, both the order granting reconsideration and the notice of appeal were timely filed on November 14, 2022. **See** 1 Pa.C.S.A. § 1908; **see also** Pa.R.A.P. 107 (incorporating, *inter alia*, section 108, as an appropriate authority for interpreting the Rules of Appellate Procedure).

any appeal shall begin to run anew after the trial court's entry of its decision on reconsideration. *See* Pa.R.A.P. 1701(b)(3).

Appeal quashed. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 09/15/2023